IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERRY MCKEE**                                                                               **PETITIONER**

v.                         Case No. 4:19-cv-00075-KGB-JJV

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

### **JUDGMENT**

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Jerry McKee's petition and denies the requested relief.

It is so adjudged this 15th day of August, 2019.

                                                           Kristine G. Baker
                                                           United States District Judge